IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    v.<br><br>**[45] ZULMA RIVERA-BENITEZ ,**<br>    **Defendant.** | **Criminal No. 07-488 (ADC)** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Camille Vélez-Rivé on August 18, 2008. (**Docket No. 623**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Zulma Rivera-Benítez** be adjudged guilty of the offenses charged in Count I (T. 21, U.S.C. §§ 846, 845(a)(1), (b)(1)(C), (b)(2) and 860) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

Criminal No. 07-488 (ADC) Page -2-

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for November 20, 2008 at 2:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 10th day of September, 2008.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**